IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHY and FREDERICK ABERCROMBIE | : : : : : : : : : : : : : : : | CIVIL ACTION NO. 02-CV-4235 |
| Plaintiffs, | | |
| v. | | |
| BAYER CORPORATION; BAYER AG; GLAXOSMITHKLINE, PLC; GLAXOSMITHKLINE; SMITHKLINE BEECHAM | | ENTRY OF APPEARANCE |
| Defendants. | | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____    _____
Hope S. Freiwald                                    Aline Fairweather



_____    _____
Erin Brennan                                          Kirstin J. Miller



                                         DECHERT PRICE & RHOADS
                                         4000 Bell Atlantic Tower
                                         1717 Arch Street
                                         Philadelphia, PA  19103-2793
                                         (215) 994-4000